UNITED STATES v. WILSON et al.

(Circuit Court, S. D. New York. October 27, 1911.)

COSTS (§ 304*)—FEDERAL PROSECUTIONS.

The word "costs," within Rev. St. § 974 (U. S. Comp. St. 1901, p. 703), providing for taxation of costs against a defendant on judgment against him for a fine or forfeiture, means taxable costs of the trial, within section 983 (page 706), which provides how bills of costs shall be taxed, excluding fees of trial jurors, fees and mileage of persons not examined as witnesses, and fees for service of subpœnas upon persons who did not testify, unless in the latter cases the adverse party is in default.

[Ed. Note.—For other cases, see Costs, Dec. Dig. § 304.*

For other definitions, see Words and Phrases, vol. 2, pp. 1633–1640; vol. 8, p. 7620.]

Proceeding by the United States of America against Christopher C. Wilson and others. On defendants' exceptions to costs taxed. Exceptions sustained.

Henry A. Wise, U. S. Atty. and Robert Stephenson, Asst. U. S. Atty.

Stanchfield & Levy and Arthur M. King, for defendants.

WARD, Circuit Judge. I think that the word "costs," in section 974, Rev. Stat. U. S. (U. S. Comp. St. 1901, p. 703), means taxable costs of the trial before the court and petit jury in which defendants have been convicted. This is the bill which section 983 (page 706) provides is to be taxed and included in the judgment. It has not been the practice in this district to tax the fees of trial jurors, nor the fees and mileage of persons not examined as witnesses at the trial, nor fees for service of subpœnas upon persons who did not testify at the trial, unless in the latter cases the adverse party default.

The exceptions are sustained; plaintiff's bill of costs to be retaxed in accordance with this opinion.